UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Brandi Stancu, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | Case No. 1:23-CV-01287-JRN |
| | § | |
| Law office of Brett Borland, P.C., | § | |
| National Credit Systems, Inc., and | § | |
| Experian Information Solutions Inc., | § | |
| *Defendants*. | § | |

**ORDER**

On January 24, 2025, Plaintiff Brandi Stancu and Defendants Law Office of Brett M. Borland, P.C. and National Credit Systems, Inc. filed a joint stipulation of dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 47. The following month, on February 21, 2025, Plaintiff Brandi Stancu and Defendant Experian Information Solutions Inc. filed a joint stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii). Dkt. 48. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, as nothing remains to resolve, **IT IS ORDERED** that this case is **CLOSED**.

SIGNED on February 24, 2025.

_____
JAMES R. NOWLIN
SENIOR U.S. DISTRICT JUDGE